# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

SWEDBANK ROBUR FONDER AB;
FÅMANDSFORENINGEN PENSAM INVEST; &
FJÄRDE AP-FONDEN

                             Plaintiffs,

vs.

VIVENDI, S.A., JEAN-MARIE MESSIER
and GUILLAUME HANNEZO

                             Defendants.

Case No. CV 11092

RULE 7.1 STATEMENT



## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9], and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for **Swedbank Robur Fonder AB**, (a private-non governmental party), certifies on information and belief that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

**Swedbank Robur AB**.

Dated: December 07, 2007
     New York, New York

                                 **THE SHAPIRO FIRM, LLP**

By: _____

                                 Robert J. Shapiro
                                 Jonathan S. Shapiro
                                 500 Fifth Avenue, 14th Floor
                                 New York, New York 10110
                                 Telephone: 212-391-6464

                                 *Local Counsel for Plaintiffs*

                                 **SCHIFFRIN BARROWAY**
                                 **TOPAZ & KESSLER, LLP**
                                 John A. Kehoe
                                 Stuart L. Berman
                                 David Kessler
                                 Darren J. Check
                                 280 King of Prussia Road
                                 Radnor, Pennsylvania 19087
                                 Telephone: 610-667-7706

                                 *Counsel for Plaintiffs*