# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

SWEDBANK ROBUR FONDER AB;
FÅMANDSFORENINGEN PENSAM INVEST; &
FJÄRDE AP-FONDEN

                             Plaintiffs,

         vs.

VIVENDI, S.A., JEAN-MARIE MESSIER
and GUILLAUME HANNEZO

                      Defendants.

**07 CV 11092**

Case No.

RULE 7.1 STATEMENT



## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9], and
to enable District Judges and Magistrate Judges of the Court to evaluate possible
disqualification or recusal, the undersigned counsel for **FÅMANDSFORENINGEN**
**PENSAM INVEST**, (a private-non governmental party), certifies on information and
belief that the following are corporate parents, affiliates and/or subsidiaries of said party,
which are publicly held:     None.

Dated: December 07, 2007
      New York, New York

                                       **THE SHAPIRO FIRM, LLP**

By:    _____
                            Robert J. Shapiro
                            Jonathan S. Shapiro
                            500 Fifth Avenue, 14th Floor
                            New York, New York 10110
                            Telephone: 212-391-6464

                            *Local Counsel for Plaintiffs*

                            **SCHIFFRIN BARROWAY**
                            **TOPAZ & KESSLER, LLP**
                            John A. Kehoe
                            Stuart L. Berman
                            David Kessler
                            Darren J. Check
                            280 King of Prussia Road
                            Radnor, Pennsylvania 19087
                            Telephone: 610-667-7706

                            *Counsel for Plaintiffs*