AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK (Foley Square) |

Swedbank Robur Fonder AB, et al
                    Plaintiffs
v.
Vivendi SA, et al
                    Defendants.

**APPEARANCE**

Case Number:  1:07-cv-11092-UA

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Swedbank Robur Fonder AB, Famandsforeningen Pensam Invest, Fjarde Ap-Fonden

I certify that I am admitted to practice in this court.

| 12/20/2007 | Schiffrin Barroway Topaz & Kessler, LLP |
| | s/ John A. Kehoe |
| Date | Signature |

| John A. Kehoe | JK-4589 |
| Print Name | Bar Number |

| 280 King of Prussia Road | | |
| Address | | |

| Radnor | PA | 19087 |
| City | State | Zip Code |

| (610) 667-7706 | (610) 667-7056 |
| Phone Number | Fax Number |

## CERTIFICATE OF SERVICE

I hereby certify, that I filed true and correct copies of the foregoing Notice of

Appearance on December 20, 2007 via the CM/ECF system which will send notification

to counsel registered for CM/ECF.  I have also mailed copies of the foregoing documents

to be served via U.S. mail to the following non-ECF participants listed below.

By: s/ Amy Cashwell
Amy Cashwell, Paralegal
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor PA 19087
610-667-7706
Fax: 610-667-7056

Paul C. Saunders
Daniel Slifkin
**Cravath Swaine & Moore LLP**
825 Eighth Avenue
New York NY 10019
212-474-1000

*Counsel for Defendant Vivendi Universal, S.A.*