UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE VIVENDI UNIVERSAL, S.A. SECURITIES LITIGATION<br><br>This document relates to:<br>       1:07-cv-11092-RJH-HBP | CIVIL ACTION NO.:<br>       1:02-CV-5571-RJH-HBP<br>       1:07-CV-11092-RJH-HBP<br>**NOTICE OF VOLUNTARY DISMISSAL BY FAMANDSFORENINGEN PENSAM INVEST** |

## NOTICE OF VOLUNTARY DISMISSAL BY FAMANDSFORENINGEN PENSAM INVEST

Please take notice that co-Plaintiff, Famandsforeningen Pensam Invest, party to the related action of *Swedbank Robur Fonder AB, Famandsforeningen Pensam Invest, and Fjarde Ap-Fonden v. Vivendi, S.A., Jean-Marie Messier and Guillaume Hannezo*, Case No. 1:07-cv-11092-RJH-HBP, dated December 7, 2007, through its undersigned counsel, hereby voluntarily dismisses its claims against Vivendi, S.A., Jean-Marie Messier and Guillaume Hannezo ("Defendants") pursuant to Fed R. Civ. P. 41(a)(1)(i), without prejudice, with each party bearing its own costs, including attorneys' fees.

Co-Plaintiffs Swedbank Robur Fonder AB and Fjarde Ap-Fonden do not so dismiss their claims against Defendants, and hereby represent, through their undersigned counsel, that they shall continue to prosecute the above-captioned action, unaffected by this Notice of Voluntary Dismissal.

Dated: May 23, 2008

Respectfully submitted,
**THE SHAPIRO FIRM, LLP**

By: _____
Robert J. Shapiro (RS-3220)

500 Fifth Avenue, 14th Floor
New York NY 10110
Telephone: 212-391-6464

*Local Counsel for Co-Plaintiffs*

## CERTIFICATE OF SERVICE

I, Robert J. Shapiro, hereby certify, that I filed true and correct copies of the foregoing documents on __05-23-08__:

- NOTICE OF VOLUNTARY DISMISSAL BY FAMANDSFORENINGEN PENSAM INVEST

- OPINION ACKNOWLEDGING VOLUNTARY DISMISSAL OF CLAIMS BY FAMANDSFORENINGEN PENSAM INVEST

with the Clerk of the Court. The CM/ECF system will send notification to counsel registered for CM/ECF. I hereby certify that I have caused true and correct copies of the foregoing documents to be served via U.S. mail to the following non-ECF participants listed below.

By: _____
Robert J. Shapiro (RS-3220)
500 Fifth Avenue, 14th Floor
New York NY 10110
Telephone: 212-391-6464

*Local Counsel for Plaintiffs*

Paul C. Saunders
Daniel Slifkin
**Cravath Swaine & Moore LLP**
825 Eighth Avenue
New York NY 10019
212-474-1000

*Counsel for Defendant Vivendi Universal, S.A.*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE VIVENDI UNIVERSAL, S.A. SECURITIES LITIGATION<br><br>This document relates to:<br>          1:07-cv-11092-RJH-HBP | CIVIL ACTION NO.:<br>          1:02-CV-5571-RJH-HBP<br><br>**OPINION ACKNOWLEDGING VOLUNTARY DISMISSAL OF CLAIMS BY FAMANDSFORENINGEN PENSAM INVEST** |

WHEREAS on February 29, 2008, Famandsforeningen Pensam Invest ("Plaintiff"), co-plaintiff and party to the related action of Swedbank Robur Fonder AB, Famandsforeningen Pensam Invest, and Fjarde Ap-Fonden v. Vivendi, S.A., Jean-Marie Messier and Guillaume Hannezo, Case No. 1:07-cv-11092-RJH-HBP, dated December 7, 2007, moved pursuant to Fed R. Civ. P. 41(a)(1)(i) to dismiss its claims against Vivendi, S.A., Jean-Marie Messier and Guillaume Hannezo ("Defendants") voluntarily; and

WHEREAS Co-Plaintiffs Swedbank Robur Fonder AB and Fjarde Ap-Fonden did not so move to dismiss their claims, and represent that they shall continue to prosecute this action against Defendants, unaffected by Plaintiff's Notice of Voluntary Dismissal.

The Court hereby acknowledges that Plaintiff's Notice of Voluntary Dismissal Of Claims Pursuant to Fed R. Civ. P. 41(a)(1)(i) is effective, without order of court, to dismiss without prejudice Plaintiff's claims against Defendants.


Dated: _____        _____
                                       Richard J. Holwell, U.S. District Judge