USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/08



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE VIVENDI UNIVERSAL, S.A.
SECURITIES LITIGATION

This document relates to:
    1:07-cv-11092-RJH-HBP

CIVIL ACTION NO.:
    1:02-CV-5571-RJH-HBP
    1:07-CV-11092-RJH-HBP

[PROPOSED] OPINION ORDER ACKNOWLEDGING VOLUNTARY DISMISSAL OF CLAIMS BY FAMANDSFORENINGEN PENSAM INVEST

WHEREAS on May 23, 2008, Famandsforeningen Pensam Invest ("Plaintiff"), co-plaintiff and party to the related action of Swedbank Robur Fonder AB, Famandsforeningen Pensam Invest, and Fjarde Ap-Fonden v. Vivendi, S.A., Jean-Marie Messier and Guillaume Hannezo, Case No. 1:07-cv-11092-RJH-HBP, dated December 7, 2007, pursuant to Fed R. Civ. P. 41(a)(1)(i), dismissed its claims against Vivendi, S.A., Jean-Marie Messier and Guillaume Hannezo ("Defendants") voluntarily; and

WHEREAS Co-Plaintiffs Swedbank Robur Fonder AB and Fjarde Ap-Fonden did not so dismiss their claims, and represent that they shall continue to prosecute this action against Defendants, unaffected by Plaintiff's Notice of Voluntary Dismissal;

The Court hereby acknowledges that Plaintiff's Notice of Voluntary Dismissal Of Claims Pursuant to Fed R. Civ. P. 41(a)(1)(i) is effective, without order of court, to dismiss without prejudice Plaintiff's claims against Defendants.

Dated: 5/28/08

Richard J. Holwell, U.S. District Judge